James C. Mason (CSB # 140789)
**LAW OFFICE OF JAMES C. MASON**
jmason5@san.rr.com
2201 August Court, First Floor
San Diego California 92110
Telephone: (619) 275-3344
Facsimile: (888)379-9036

Attorney for Plaintiff DUANE H. SCEPER

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DUANE H. SCEPER,<br><br>        Plaintiff,<br><br>        v.<br><br>AUDIO ADDICTION, ET AL.,<br><br>        Defendants. | Case No.:2:09-CV-01430-LKK-EFB<br><br>**REQUEST AND ORDER TO CONTINUE STATUS (PRETRIAL CONFERENCE) CONFERENCE** |

    A Status (Pretrial Scheduling) Conference was set by the Honorable LAWRENCE K. KARLTON for August 17, 2009 at 10:00 AM, before Judge Karlton in Chambers/Courtroom 4.

    The SUMMONS RETURNED EXECUTED, along with the Proof of Service on Defendants, is on file with the Court. Plaintiff has extended time to answer the complaint per local rules so that settlement negotiations may proceed.

                                        Case No.: 2:09-CV-01430-LKK-EFB
                                          1

PDF created with pdfFactory trial version www.pdffactory.com

1      Settlement of the entire case is nearly complete and
2 Counsel expects to be in position to file Notice of Settlement
3 within days.
4      Plaintiff hereby respectfully requests an additional
5 thirty (30) days to finalize settlement of this case and requests
6 that the Status Conference be continued for at least 30 days so
7 that settlement may be finalized.

9 Respectfully submitted:

11 Dated:   August 6, 2009
12           By:   /s/ James C. Mason
13      JAMES C. MASON ESQ.
     Attorney for Plaintiff

15 **IT IS HEREBY ORDERED THAT:** The Status (Pretrial Scheduling)
16 Conference is continued to September 28, 2009 at 3:00 p.m.

18 DATE:   August 7, 2009.

       /s/ Lawrence K. Karlton
     LAWRENCE K. KARLTON
     SENIOR JUDGE
     UNITED STATES DISTRICT COURT

     Case No.: 2:09-CV-01430-LKK-EFB